UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-10001-JEM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD STEVEN JOHNSON and | ) |
| JARRED ALEXANDER GOLDMAN, | ) |
| | ) |
| Defendants. | ) |
| _____/ | ) |

### PROTECTIVE ORDER REGULATING DISCLOSURE OF
### DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having filed an unopposed motion for a protective order regulating the disclosure of discovery and sensitive information contained therein to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

IT IS HEREBY ORDERED that the government is authorized to disclose sensitive information in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

IT IS FURTHER ORDERED that the government shall mark the Discovery that includes sensitive information as "Confidential";

IT IS FURTHER ORDERED that counsel of record for the defendant in this proceeding shall hold the Confidential portion of the Discovery in strict confidence. Therefore, defense counsel shall restrict access to this discovery, and shall disclose this discovery to their client, office staff, investigators, consultants, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in

the defense of their client in this matter and in a manner that will prohibit the disclosure of this discovery to other persons not involved in the defense;

IT IS FURTHER ORDERED that counsel of record for the defendant shall advise any person to whom the Confidential Discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

IT IS FURTHER ORDERED that counsel of record agrees that, upon entry of the final order of the Court in this matter and conclusion of any direct appeals, government personnel and defense counsel shall destroy or cause to be destroyed all copies of the covered materials, except that government personnel and defense counsel may maintain copies in their closed files following their ordinary procedures.

DONE AND ORDERED in chambers at Miami, Florida, this 12 day of February, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

cc:   All counsel of record