UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-10001-MARTINEZ

**UNITED STATES OF AMERICA**

vs.

**JARRED ALEXANDER GOLDMAN,**

**Defendant.**
_____/

**UNITED STATES'S NOTICE OF
INTENT TO INTRODUCE EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to use expert testimony in its case-in-chief at trial.

**Corey Malcom, Archaeologist, Mel Fisher Maritime Heritage Museum**

Training/Qualifications: A copy of Mr. Malcom's Curriculum Vitae has been provided to the Defense by email.

Summary of Testimony/Opinion and Basis: Mr. Malcom will testify about his qualifications, and that he has been employed as an archaeologist at the Mel Fisher Maritime Heritage Museum for over thirty years.  Mr. Malcom personally examined the gold bar involved in this case prior to the theft, has extensive familiarity with the other items found from the Santa Margarita wreck where the stolen bar was originally discovered, and has personally scuba dove on the Santa Margarita wreck.

Mr. Malcom will testify that he examined the stolen gold bar stolen in this case (prior to its theft), as well as many other seventeenth century gold bars similar to this one, prior to the theft of the bar.  He will discuss the gold bar's provenance documentation, as well as other

documentation concerning the gold bar that was generated at the time of its discovery by Mel Fisher and his crew in the Santa Margarita wreck. Mr. Malcom will explain what the various markings on the stolen gold bar were meant to symbolize, and that these markings were typical of seventeenth century gold bars. Mr. Malcom will further testify that, based on his examination, he concluded that the stolen gold bar was an authentic 17th century gold bar from the Spanish empire.

Last, Mr. Malcom will testify that he examined a portion of the stolen gold bar that was recovered by law enforcement, and he was able to determine how the portion was severed from the gold bar and which portion of the original bar the recovered portion comprises. He will show the jury on a photograph of the original bar which portion of the gold bar was recovered.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: s/ Daniel J. Marcet
DANIEL J. MARCET
Assistant United States Attorney
Florida Bar No. 0114104
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Daniel J. Marcet
DANIEL J. MARCET
Assistant United States Attorney

2