UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-10001-MARTINEZ

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )
                                  )
JARRED ALEXANDER GOLDMAN,         )
                                  )
          Defendant.              )
                                  )
_____/

**NOTICE OF INTENT TO INTRODUCE**
**CERTIFIED BUSINESS RECORDS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice of its intent to introduce business records pursuant to Federal Rule of Evidence 803(6) and 902(11).

The United States intends to introduce business records of the Mel Fisher Maritime Heritage Museum, consisting of surveillance video from the Museum's cameras on October 18, 2010.  The surveillance videos were provided to the Defense in the initial discovery production (Discs 1 to 5); twelve additional surveillance video clips were provided to the Defense on April 24, 2018.  The United States has provided a Rule 902(11) certificate for these records to the Defense.

The United States respectfully requests that the Defendant provide notice if he intends to object to the admissibility of the records pursuant to this Notice so that it can secure the availability of necessary witnesses.

Respectfully submitted,
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:    s/Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9099
Fax: (305) 536-4699

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court using CM/ECF.

*s/Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney

2