UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-10001-MARTINEZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JARRED ALEXANDER GOLDMAN, | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

**NOTICE OF INTENT TO INTRODUCE
CERTIFIED BUSINESS RECORDS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice of its intent to introduce business records pursuant to Federal Rule of Evidence 803(6) and 902(11).

The United States intends to introduce business records of State of Florida Department of Transportation, consisting of Sunpass toll violation logs and accompanying records for Defendant Richard Steven Johnson's vehicle. The records and a Rule 902(11) certificate were provided to the Defense by email on April 30, 2018.

The United States respectfully requests that the Defendant provide notice if he intends to object to the admissibility of the records pursuant to this Notice so that it can secure the availability of necessary witnesses.

Respectfully submitted,
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:   s/Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney

Florida Bar No. 0114104<br>
99 Northeast 4th Street<br>
Miami, Florida 33132-2111<br>
Tel: (305) 961-9099<br>
Fax: (305) 536-4699

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court using CM/ECF.

*s/Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney