**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-CR-10001-MARTINEZ**

**UNITED STATES OF AMERICA**

v.

**JARRED ALEXANDER GOLDMAN,**

    **Defendant.**

_____/

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits the following proposed voir dire questions.

**GENERAL QUESTIONS**

1. This case involves the August 2010 theft of a gold bar from the Mel Fisher Maritime Heritage Museum in Key West. Does anyone know anything about this case, or have you heard about the case in the news?

    a. If so, can you put aside whatever you may have heard about the case and decide the case based solely on the evidence presented in the courtroom during trial?

2. A juror's job is to be the "judge" of the facts, that is, to decide whether the United States has proven the facts necessary to establish the Defendant's guilt of the charged crimes beyond a reasonable doubt. You will be instructed at the end of this case that you are not to consider any possible punishment the Defendant will face, nor are you to allow sympathy for either the United States or the Defendant to affect your decision. Is there anyone who cannot render a decision in this case without knowing the possible penalties for this Defendant might be if found guilty?

1

    a. Is there anyone who would vote "Not Guilty" no matter what the evidence indicates, merely because this crime may result in a period of incarceration?

    b. Do you understand that your responsibility as jurors is to render a verdict that is solely based upon the evidence submitted at trial?

    c. Do you also understand that sympathy and punishment should not in any way be part of your analysis when determining whether or not the defendant is guilty of the crime?

3. Some people may feel, based on religious or other personal beliefs, that they cannot or should not sit in judgment of other individuals. However, your job as a juror is to fairly and impartially evaluate the evidence in this case, and to decide whether the United States has proven the Defendant guilty of the charged crimes beyond a reasonable doubt. Does anybody feel that their religious or other personal beliefs will make it difficult to sit in judgment of the Defendant in this manner?

**PRIOR INTERACTIONS WITH LAW ENFORCEMENT AGENCIES INVOLVED IN CASE**

4. During the course of this case, you will hear testimony of officers from the West Palm Beach Police Department, as well as Special Agents from the Federal Bureau of Investigation. Is there anyone who has had an experience, positive or negative, with either of these law enforcement agencies?

    a. If so, will that positive or negative experience impact your ability to fairly and impartially judge the credibility of the testifying law enforcement agents in this case?

            Respectfully submitted,

            BENJAMIN G. GREENBERG
            UNITED STATES ATTORNEY

By:  /s/ Daniel J. Marcet
    Daniel J. Marcet
    Assistant United States Attorney
    Florida Bar No. 0114104
    99 Northeast 4th Street
    Miami, FL. 33132-2111
    Tel: (305) 961-9099
    Daniel.Marcet@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court using CM/ECF.

            *s/Daniel J. Marcet*
            Daniel J. Marcet
            Assistant United States Attorney