UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-10001-MARTINEZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JARRED ALEXANDER GOLDMAN, | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

**NOTICE OF INTENT TO INTRODUCE
CERTIFIED BUSINESS RECORDS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice of its intent to introduce certified copies of public records under Rule 902(4).

The United States intends to driver's license database records (DAVID records) of the Defendant, the codefendant, the co-defendant's vehicle registration, and a witness (R.M.) during the trial of this matter. The uncertified copies of these records have been produced to the defense. The certified copies of these records are in the possession of the undersigned AUSA, and are hereby made available for inspection upon request by the Defense.

The United States respectfully requests that the Defendant provide notice if he intends to object to the admissibility of the records pursuant to this Notice so that it can secure the availability of necessary witnesses.

Respectfully submitted,
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

        By:    s/Daniel J. Marcet
             Daniel J. Marcet
             Assistant United States Attorney
             Florida Bar No. 0114104
             99 Northeast 4th Street
             Miami, Florida 33132-2111
             Tel: (305) 961-9099
             Fax: (305) 536-4699

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court using CM/ECF.

             *s/Daniel J. Marcet*
             Daniel J. Marcet
             Assistant United States Attorney