# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |
|---|---|---|

UNITED STATES OF AMERICA

V.

**UNITED STATES' EXHIBIT LIST**

JARRED ALEXANDER GOLDMAN,
   **Defendant.**

Case Number:  18-CR-10001-JEM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Jose E. Martinez, U.S. District Judge** | **Daniel J. Marcet/Monique Botero** | **Stewart Abrams/Ian McDonald** |
| **Jury Trial** | COURT REPORTER | COURTROOM DEPUTY |
| **May 15, 2018** | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1A | | | | | Map of South Florida |
| 1B | | | | | Map of Key West |
| 1C | | | | | Map of area surrounding Mel Fisher Maritime Heritage Museum |
| 2 | | | | | Picture of Mel Fisher |
| 3 | | | | | Picture of Mel Fisher Maritime Heritage Museum (external) |
| 4A | | | | | Diagram of Museum First Floor |
| 4B | | | | | Larger Demonstrative Diagram of Museum First Floor |
| 5 | | | | | Photograph of Gold Bar room (pre-theft) |
| 6A | | | | | Photograph of Gold Bar in Case |
| 6B | | | | | Photograph "Lift a Gold Bar!" Sign |
| 6C | | | | | Photograph of Hand Holding Gold Bar |
| 7A-7B | | | | | 2 DVDs Containing MFMHM Surveillance Video- Cam 1- Front Entrance |
| 8 | | | | | DVD Containing MFMHM Surveillance Video Cam 5- Gold Bar Room |
| 9A-9B | | | | | 2 DVDs Containing MFMHM Surveillance Video Cam 6- Interior Front Looking In |
| 10 | | | | | DVD Containing MFMHM Surveillance Video Cam 8- Interior Front Looking Out |
| 11 | | | | | DVD Containing MFMHM Surveillance Video- Cam 14- Exterior Front |
| 12A-12B | | | | | 2 DVDs Containing MFMHM Surveillance Video- Cam 15- Ships Room |
| 13 | | | | | CD Containing Still Photographs from Museum Surveillance Video |
| 14A | | | | | Crime Scene Photograph of Gold Bar Room |
| 14B | | | | | Crime Scene Photograph of Gold Bar Case |
| 15 | | | | | AXA Art Insurance: Sworn Statement in Proof of Loss |
| 16 | | | | | Goldman DAVID (certified received) |
| 17A | | | | | Still Photographs of Johnson Side-by-Side (shown to Goldman first interview) |
| 17B | | | | | Still Photograph of Goldman (shown to Goldman first int) |
| 17C | | | | | Still Photographs of Goldman and Johnson Together (shown to Goldman first int) |

| | | | | | |
|---|---|---|---|---|---|
| 18 | | | | | Ray Moore DAVID |
| 19 | | | | | Piece of Gold Bar |
| 20A | | | | | Side-by-Side Photographs of Johnson and Goldman (signed by Goldman) |
| 20B | | | | | Map of Area near Johnson's House (signed by Goldman) |
| 21 | | | | | Johnson DAVID |
| 22 | | | | | DAVID for Johnson's Vehicle |
| 23 | | | | | Florida Dep't of Transportation Toll Records for Johnson's Vehicle |
| 24 | | | | | Map of Johnson Southbound Toll Violations |
| 25A | | | | | Map of Johnson Northbound Toll Violations (#6400) |
| 25B | | | | | Map of Johnson Northbound Toll Violations (#6200, #5201) |
| 25C | | | | | Map of Johnson Northbound Toll Violations (#4161) |
| 26 | | | | | Map of Johnson Toll Violations (Composite) |
| 27 | | | | | DVD containing Historical Tours of America surveillance (902(11) received) |
| 28A-28D | | | | | Still Photographs from Historical Tours of America Video |
| 29A | | | | | Photograph of Diver on Santa Margarita Wreck Site with Gold Bars |
| 29B | | | | | Photograph of Diver on Atocha Wreck Site |
| 29C | | | | | Photograph of Team Sorting Treasure Finds |
| 30 | | | | | List of Gold Bars found on Santa Margarita (11 pages) |
| 31 | | | | | Gold Bar Artifact Card |
| 32 | | | | | Gold Bar Provenance Document |
| 33 | | | | | Gold Bar Photograph Showing Where Missing Piece Came From |
| 34 | | | | | Stipulation Regarding Fingerprints |
| 35 | | | | | Stipulation Regarding Museum |
| 36 | | | | | Stipulation Regarding Gold Bar |