# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case No. 18-CR-10001-MARTINEZ

**UNITED STATES OF AMERICA**

vs.

**JARRED ALEXANDER GOLDMAN,**

**Defendant.**

_____/

## UNITED STATES OF AMERICA'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this proposed witness list.  The United States respectfully request that it be permitted to amend this list as may become necessary during the course of trial preparation or trial.

1. Melissa Kendrick, Director, Mel Fisher Maritime Heritage Museum ("MFMHM")
2. Jorge Marin, Security Guard, MFMHM
3. Arturo Calderon, Federal Bureau of Investigation ("FBI")
4. Mark Allen Campo, West Palm Beach Police Department
5. Ray Moore
6. Rhonda Squizzero, FBI
7. Corey Malcom, Archaeologist, MFMHM

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

BY:   */s/ Daniel J. Marcet*
    Daniel J. Marcet
    Florida Bar No. 0114104
    99 N. E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9099
    Email: Daniel.Marcet@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                 *s/ Daniel J. Marcet*
                                                 DANIEL J. MARCET
                                                 Assistant United States Attorney