UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-10001-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JARRED ALEXANDER GOLDMAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court ON THE Mandate of the Eleventh Circuit Court of Appeals requiring the Court to conduct a restitution hearing to ascertain Defendant, Jarred Alexander Goldman's restitution amount. The Court having reviewed the issues at hand and being otherwise fully advised in the premises

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow on October 28, 2021 and a Report and Recommendation was filed [DE: 159], recommending that the base restitution amount be set at $556,106.00. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 159] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The base restitution amount is set at $556,106.00 for Gold Bar 27's iconic value, the amount initially requested by the Museum and accepted by this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of February, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Lurana S. Snow
All Counsel of Record
U.S. Probation Office